IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MISTY BONDS                                                      05cr20143-1-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on _April 26, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: _L. Gerald_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:846
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Attorney assigned to Case: D. Henry

Age: 31

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-29-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20143 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT