PS 8
(8/88)

FILED BY _____ D.C.

# United States District Court
### for
### Western District of Tennessee

05 SEP 14 PM 6: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

U.S.A. vs. Misty Bonds

Docket No. 05-20143-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Loretta Fleming presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, TN, on the 26th day of April, 2005 under the following conditions:

1. Report to Pretrial Services as directed
2. Maintain or actively seek employment
3. Travel restricted to the Western District of Tennessee without prior approval of Pretrial Services
4. Refrain from use or unlawful possession of a narcotic drug or other controlled substance
5. Submit to any method of testing required by the Pretrial Services office
6. Participate in a program of inpatient or outpatient substance abuse testing, if deemed advisable by Pretrial Services
7. Reside with her father at 1590 Ozan, Memphis, TN

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

SEE ATTACHMENT

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR THE DEFENDANT TO APPEAR AND TO SHOW CAUSE AS TO WHY HER BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 14 day of September, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

_Loretta Fleming_
U.S. Pretrial Services Officer

Place    Memphis, TN
Date     September 14, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/15/05

RE: Misty Bonds
Petition for Action on Conditions of Pretrial Release
Page 2

Ms. Bonds violated the following conditions of release.

1. **Reside with her father at 1590 Ozan, Memphis, TN**
The defendant's father, Gary Bonds, was contacted September 12, 2005, and indicated that Ms. Bonds has not lived at the Ozan residence in weeks.

2. **The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**
An indictment was returned against Ms. Bonds for Forgery Under $500 on July 28, 2005. A capias was issued July 29, 2005, and she was subsequently taken into custody and released on a $5000 bond. The indictment alleges that on May 14, 2005, Ms. Bonds unlawfully, knowingly, and with the intent to defraud Guest Inn of the sum of $53, forge and make the signature of Rachel Wigley, without the authorization of the said Rachel Wigley, to a MasterCard credit slip uttered to Guest Inn for merchandise. This case is set in Shelby County Criminal Court for September 27, 2005.

## STATUS REPORT

Ms. Bonds is out of state custody on a $1000 bond for Theft of Property $500-$1000 for which she has not been indicted.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20143 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT