IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ▪▪▪ D.C.

05 OCT 13 PM 5:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Cr. No. 05-20143-D

MISTY BONDS,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE.**

For good cause shown, the Court hereby **GRANTS** defendant's motion to modify the conditions of Misty Bonds pre-trial release, and allows Ms. Bonds to travel to Jackson, Tennessee, on October 28, 2005, and to visit her mother, Ms. Betty McDaniel at N. Martin Avenue, Sharon, Tennessee, one Saturday night every other weekend.

**IT IS SO ORDERED**, this the 13th day of October, 2005.

_____
JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20143 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT