IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21  AM 9:29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
WD OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MISTY BONDS,

        Defendant.

Cr. No.  05-20143-D

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALTER CONDITIONS OF PRE-TRIAL RELEASE.

---

    For good cause shown, the Court hereby **GRANTS** defendant's Motion to Alter Conditions of Pre-Trial Release, and allows Ms. Bonds to relocate her residence.  This approval is contingent on the approval of Federal Pretrial Services as to the new residence.

    **IT IS SO ORDERED**, this the _21_ day of _December_, 2005.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/21/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CR-20143 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT